**DENIED**

No hearing is necessary or required to assist the Court in deciding the issues presented. LBR 9013-1(b). The Court has reviewed the Expedited Motion [Docket No. 7] and the Limited Opposition [Docket No. 8] and finds that nothing therein constitutes cause to extend time as requested by the Plaintiffs and Counter-Defendants under Bankruptcy Rule 9006(b).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| *Claudia Engelhorn, et al.* | Case No.: 25-00159 |
| **Plaintiffs** | |
| v. | Case No.: C-24-CV-002631 |
| | Circuit Court for Baltimore City, Maryland |
| *Erik D. Bolog, et al.* | |
| | Related to Docket Nos. 3 and |
| **Defendants** | |

*********************************************************************

### ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION

Upon consideration of the Plaintiffs' Expedited Motion for Extension of Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3) Pursuant to Local Rule 9006-2 and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED**; AND IT IS FURTHER

**ORDERED** that Plaintiffs' Deadline to oppose (1) the Motion for Reconsideration and (2) the Debtor's Motion to Transfer Venue is extended to 14 days following a ruling on Plaintiffs' forthcoming motion seeking abstention and/or remand.

[Alternatively]

