IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al.*<br><br>Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for the District of Maryland) |

**DARNESTOWN ROAD, INC.'S**
**RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

COMES NOW Darnestown Road, Inc. in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 7007.1-1 of the Local Rules of the United States Bankruptcy Court for the District of Maryland and states that there are no entities that directly or indirectly own 10% or more of any class of the equity interest of Darnestown Road, Inc.

Dated: June 25, 2025

                                          Respectfully submitted,

                                          CADWALADER, WICKERSHAM & TAFT LLP

                                          Respectfully,

                                          */s/ Douglas Gansler*

                                          Douglas F. Gansler (Bar Number: 21010)
                                          Cadwalader, Wickersham & Taft LLP
                                          1919 Pennsylvania Ave N.W.
                                          Washington D.C. 20006
                                          Douglas.Gansler@cwt.com
                                          Telephone: (202) 862-2300

                                          *Counsel for Defendant Darnestown Road, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2025, a copy of the foregoing was served electronically via CM/ECF upon counsel of record, and remaining parties served via first class mail.

**Counsel of Record Served via CM/ECF:**
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Defendant Swain Landing LaPlata JC, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Respectfully,

*/s/ Douglas Gansler/*

Douglas F. Gansler (Bar Number: 21010)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Defendant Darnestown Road, Inc.*