Entered: June 26th, 2025
Signed: June 26th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: – **DER**    Chapter:    Adversary No.: **25−00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC**
Plaintiffs

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC,**
**Erik D. Bolog**
Defendants

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Court having considered the Motion for Admission Pro Hac Vice to admit Matthew M. Karlan as counsel for Erik D. Bolog, Erik D. Bolog as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021, Darnestown Road, Inc., and Science Park Associates, LLC, and the certified statements in support thereof, and upon the recommendation of Douglas F. Gansler, local counsel herein, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted pursuant to Local Bankruptcy Rule 9010−3(b) and District Court Local Rule 101.1(b); and it is further

ORDERED, that Matthew M. Karlan must register for a CM/ECF filing account on the court's web site at https://www.mdb.uscourts.gov/for−attorneys/training−and−registration−for−electronic−filing; and it is further

ORDERED that counsel must use their own CM/ECF filing account to file a notice of appearance in the case to begin

receiving electronic notices after being admitted pro hac vice.

cc:    All Parties

**End of Order**

01x01 (rev. 03/12/2024) – KellyHorning*