United States Bankruptcy Court
District of Maryland

Engelhorn,
    Plaintiff

Adv. Proc. No. 25-00159-DER

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Jun 24, 2025      Form ID: pdfall      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: JCARLTON@WTPLAW.COM | Jun 24 2025 19:22:00 | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc., Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 24, 2025 | Form ID: pdfall | Total Noticed: 12 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John J. Connolly | jconnolly@zuckerman.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patrick Donald Gardiner | patrick@hendersonlawllc.com |
| William J Murphy | wmurphy@zuckerman.com cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com |

TOTAL: 4

Entered: June 24th, 2025
Signed: June 24th, 2025

**DENIED**

No hearing is necessary or required to assist the Court in deciding the issues presented. LBR 9013-1(b). The Court has reviewed the Expedited Motion [Docket No. 7] and the Limited Opposition [Docket No. 8] and finds that nothing therein constitutes cause to extend time as requested by the Plaintiffs and Counter-Defendants under Bankruptcy Rule 9006(b).



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division**

| | | |
|---|---|---|
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| **Plaintiffs** | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, Maryland |
| *Erik D. Bolog, et al.* | * | |
| | * | Related to Docket Nos. 3 and |
| **Defendants** | * | |

***********************************************************************



**ORDER GRANTING PLAINTIFFS' EXPEDITED MOTION**

Upon consideration of the Plaintiffs' Expedited Motion for Extension of Time to Oppose Motion to Reconsider and Motion to Transfer Venue (Docket No. 3) Pursuant to Local Rule 9006-2 and any opposition thereto, it is hereby:

**ORDERED** that the Motion is **GRANTED**; AND IT IS FURTHER

**ORDERED** that Plaintiffs' Deadline to oppose (1) the Motion for Reconsideration and (2) the Debtor's Motion to Transfer Venue is extended to 14 days following a ruling on Plaintiffs' forthcoming motion seeking abstention and/or remand.

[Alternatively]