# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| IN RE:<br><br>SWAIN LANDING LaPLATA JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>U.S. Bankruptcy Court for the District of Columbia |
| CLAUDIA ENGELHORN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIK D. BOLOG, *et al.*,<br><br>Defendants. | Case No. 25-00159<br>U.S. Bankruptcy Court for the District of Maryland<br><br>Case No. C-24-CV-002631<br>Circuit Court for Baltimore City, Maryland |

**WHITEFORD, TAYLOR & PRESTON LLP's RULE 7007.1 CORPORATE OWNERSHIP STATEMENT**

Whiteford, Taylor & Preston LLP (Whiteford), pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Rule 7007.1-1, states that it is a limited liability partnership, not a nongovernmental corporation, and therefore the requirement for a corporate ownership statement appears not to apply. To the extent the requirement applies, Whiteford states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: June 27, 2025

Respectfully submitted,

By: /s/ John J. Connolly
    William J. Murphy (#01340)
    John J. Connolly (#09537)

ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21201
410 332 0444
wmurphy@zuckerman.com
jconnolly@zuckerman.com

*Attorneys for Defendant Whiteford, Taylor & Preston LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June 2025, a copy of the foregoing was served in the manner indicated on the following persons:

| | |
|---|---|
| Douglas Gansler<br>Matthew Karlan<br>Cadwalader, Wickersham & Taft LLP<br>1919 Pennsylvania Avenue NW<br>Washington, DC 20006<br><br>*Counsel for Defendants Erik D. Bolog; Erik D. Bolog, Trustee, JAREB Irrevocable Trust Agreement; Science Park Associates, LLC; Darnestown Road, Inc.*<br><br>By email to:<br>Douglas.Gansler@cwt.com<br>Matthew.Karlan@cwt.com | Wes P. Henderson<br>Patrick D. Gardiner<br>Henderson Law, LLC<br>2127 Espey Court, Suite 204<br>Crofton, MD 21114<br><br>*Counsel for Plaintiffs*<br><br>By email to:<br>wph@hendersonlawllc.com<br>patrick@hendersonlawllc.com |
| Michael Postal<br>4302 Broken Arrow Court<br>Clinton, MD 20735<br>By first class mail | POJO LaPlata LLC<br>Attn: Anjon Jones<br>4302 Broken Arrow Court, Apt. 606<br>Clinton, MD 20735<br>By first class mail |
| | Maurice VerStandig<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854<br><br>*Counsel for Debtor Swain Landing LaPlata JC, LLC*<br><br>By email to:<br>mac@mbvesq.com |

                             */s/ John J. Connolly*
                             John J. Connolly