IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al*.<br><br>       Plaintiffs,<br><br>      v.<br><br>Erik D. Bolog, *et al*.<br><br>       Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Matthew M. Karlan of the law firm Cadwalader, Wickersham & Taft LLP, who has been admitted *pro hac vice* in this proceeding (ECF No. 27), hereby enters an appearance on behalf of Defendants Erik D. Bolog, Erik D. Bolog as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021, Darnestown Road, Inc., and Science Park Associates, LLC in the above-captioned action and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: June 27, 2025

                                    Respectfully submitted,

                                    CADWALADER, WICKERSHAM & TAFT LLP

                                    Respectfully,

                                    By: */s/ Matthew M. Karlan*
                                    Matthew M. Karlan*
                                    Cadwalader, Wickersham & Taft LLP
                                    200 Liberty Street
                                    New York, NY 10281
                                    Matthew.Karlan@cwt.com
                                    Telephone: (212) 504-6000

                                    *admitted *pro hac vice*

                                    *Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2025, a copy of the foregoing was served electronically via CM/ECF upon counsel of record, and remaining parties via first class mail.

By: */s/ Matthew M. Karlan*
Matthew M. Karlan*
*admitted *pro hac vice*

**Counsel of Record Served via CM/ECF:**
Patrick Gardiner
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly
William J. Murphy
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Defendant Swain Landing LaPlata JC, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735