United States Bankruptcy Court
District of Maryland

Engelhorn,

    Plaintiff
                                                        Adv. Proc. No. 25-00159-DER

Erik D. Bolog, as Trustee of The Jareb I,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: ntccrpst | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Gansler | douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | jconnolly@zuckerman.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patrick Donald Gardiner | patrick@hendersonlawllc.com |

District/off: 0416-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 26, 2025                       Form ID: ntccrpst                               Total Noticed: 3

William J Murphy

wmurphy@zuckerman.com  cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **– DER**    Chapter:    Adversary No.: **25–00159**

Debtor

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC,**
Plaintiff

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**
**Trust Agreement Dated October 11, 2021,**
**Whiteford, Taylor & Preston, LLP,**
**Michael Postal,**
**POJO Laplata LLC,**
**Darnestown Road, Inc.,**
**Science Park Associates, LLC,**
**Swain Landing Laplata JC, LLC,**
**Tenacity Investments, LLC,**
**Erik D. Bolog**
Defendant

# NOTICE OF MISSING DOCUMENT

DOCUMENT:    **8 – Limited Opposition on behalf of Swain Landing Laplata JC, LLC Filed by Maurice Belmont VerStandig (related document(s)7 Motion to Extend Time filed by Plaintiff Claudia Engelhorn, Plaintiff Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021, Plaintiff White Pearl, LLC). (Attachments: # 1 Proposed Order) (VerStandig, Maurice)Modified on 6/24/2025 enhanced title of text (Horning, Kelly).**

PROBLEM:    **The Corporate Ownership Statement has not been filed.**

CURE:    **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 7/10/25.**

CONSEQUENCE:    **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.**

This notice is issued pursuant to:    **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 6/26/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301–344–3393

cc:   Plaintiff

Attorney for Plaintiff – Patrick Donald Gardiner

Defendant

Attorney for Defendant – Douglas Gansler
U.S. Trustee

Form ntccrpst (rev. 04/2022)