United States Bankruptcy Court
District of Maryland

Engelhorn,
    Plaintiff

Adv. Proc. No. 25-00159-DER

Erik D. Bolog, as Trustee of The Jareb I,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: stahrgad | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Claudia Engelhorn, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| pla | + | Claudia Engelhorn, as Trustee of The Whitewater Re, 2127 Espey Court, Suite 204, Crofton, MD 21114-2490 |
| dft | + | Darnestown Road, Inc., Serve On: Erik D. Bolog, 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Erik D. Bolog, 9312 Chesley Road, Potomac, MD 20854-2819 |
| dft | + | Erik D. Bolog, as Trustee of The Jareb Irrevocable, The Bolog Law Group, 1763 Columbia Road NW, Suite 450N, Washington, DC 20009-2889 |
| dft | + | Michael Postal, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | POJO Laplata LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Science Park Associates, LLC, Serve On: Erik D. Bolog, Esq., 8938 Abbey Terrace, Potomac, MD 20854-5433 |
| dft | + | Swain Landing Laplata JC, LLC, Serve On: Anjon Jones, 4302 Broken Arrow Court, Clinton, MD 20735-9611 |
| dft | + | Tenacity Investments, LLC, Serve On: Mike Postal, 7333 New Hampshire Avenue, Unit 103, Takoma Park, MD 20912-6959 |
| pla | + | White Pearl, LLC, 1209 Orange Street, Wilmington, DE 19801-1120 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: JCARLTON@WTPLAW.COM | Jun 26 2025 19:19:00 | Whiteford, Taylor & Preston, LLP, Serve On: Resagent, Inc., Seven St. Paul Street, Suite 1900, Baltimore, MD 21202-1626 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025      Signature:      /s/Gustava Winters

District/off: 0416-1 User: admin Page 2 of 2
Date Rcvd: Jun 26, 2025 Form ID: stahrgad Total Noticed: 12

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Gansler | douglas.gansler@cwt.com  nyecfnotice@cwt.com |
| John J. Connolly | jconnolly@zuckerman.com |
| Maurice Belmont VerStandig | mac@mbvesq.com  lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Patrick Donald Gardiner | patrick@hendersonlawllc.com |
| William J Murphy | wmurphy@zuckerman.com  cvandergriff@zuckerman.com,mkirsch@zuckerman.com,dvermilye@zuckerman.com |

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: – DER    Chapter:    Adversary No.: **25–00159**

**Claudia Engelhorn,**
**Claudia Engelhorn, as Trustee of The Whitewater**
**Revocable Trust Dated September 30, 2021,**
**White Pearl, LLC,**
Plaintiffs

vs.

**Erik D. Bolog, as Trustee of The Jareb Irrevocable**         **Darnestown Road, Inc.,**
**Trust Agreement Dated October 11, 2021,**                    **Science Park Associates, LLC,**
**Whiteford, Taylor & Preston, LLP,**                          **Swain Landing Laplata JC, LLC,**
**Michael Postal,**                                             **Tenacity Investments, LLC,**
**POJO Laplata LLC,**                                           **Erik D. Bolog,**
Defendants

## NOTICE

IN PERSON HEARING Courtroom 9–D Baltimore, Judge Rice.

PLEASE TAKE NOTICE that a continued Status Conference will be held on 8/4/25 at 01:30 PM to consider and act upon the following:

1 – (01 (Determination of removed claim or cause)) Complaint by Claudia Engelhorn , Claudia Engelhorn, as Trustee of The Whitewater Revocable Trust Dated September 30, 2021 , White Pearl, LLC against Erik D. Bolog, as Trustee of The Jareb Irrevocable Trust Agreement Dated October 11, 2021 , Whiteford, Taylor & Preston, LLP , Michael Postal , POJO Laplata LLC , Darnestown Road, Inc. , Science Park Associates, LLC , Swain Landing Laplata JC, LLC , Tenacity Investments, LLC . The filing fee is DUE – Defendant Swain Landing Laplata JC, LLC is the debtor in the Bankruptcy case . (Attachments: # 1 Complaint and Demand For Jury Trial # 2 Writs of Summons # 3 Amended Complaint and Demand for Jury Trial # 4 Second Amended Complaint and Demand for Jury Trial # 5 Answer of Defendant Whiteford, Taylor, & Preston LLP # 6 The Bolog Defendants' Answer to the Second Amended Complaint) (Horning, Kelly) Modified on 6/10/2025 to update fee status in docket text (Grant, Kelly).

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/26/25

                                        Mark A. Neal, Clerk of Court
                                        by Deputy Clerk, Cherita Scott
                                        410–962–7769

Form stathrgmdb (rev. 07/29/2020)