# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | Case No. 25-184-ELG |
| Swain Landing LaPlata JC, LLC ) | United States Bankruptcy Court |
| ) | for the District of Columbia |
| Debtor. ) | |
| ) | |
| ) | |
| Claudia Engelhorn, *et al.* ) | Case No. 25-00159 |
| ) | United States Bankruptcy Court |
| Plaintiffs, ) | for the District of Maryland |
| ) | |
| v. ) | |
| ) | |
| Erik D. Bolog, *et al.* ) | |
| ) | |
| Defendants ) | |

## NOTICE OF FILING STATE COURT DOCKET ENTRIES

Comes now Swain Landing LaPlata JC, LLC ("Swain Landing" or the "Debtor"), by and through undersigned proposed counsel, pursuant to this Honorable Court's Order Upon Notice of Removal to Bankruptcy Court, DE #5, and furnishes copies of the docket entries and all papers filed in the court from which this case was removed.

Respectfully submitted,

Dated: July 3, 2025

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: 301-444-4600
E-mail: mac@mbvesq.com
*Proposed Chapter 11 Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2025, a copy of the foregoing was served electronically upon filing via this Honorable Court's CM-ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig
