# Exhibit C

# IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| **CLAUDIA ENGELHORN, ET AL.** )<br> )<br>   *Plaintiffs* )<br> )<br>v. )<br> )<br>**ERIK D. BOLOG, ET AL.** )<br> )<br>   *Defendants*. ) | **Case No.: C-24-CV-24-002631** |

## AMENDED ORDER

Upon consideration of the Parties Consent Motion to Modify Scheduling Order, and upon a finding of good cause, it is this **14th** day of **May**, 2025 hereby:

ORDERED, that the Consent Motion to Modify Scheduling Order is GRANTED; and the Scheduling Order is modified as follows:

| Event | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Plaintiff(s) expert witness disclosures | 5/12/2025 | 8/11/2025 |
| Filing of any amended Pleadings | 7/11/2025 | 10/09/2025 |
| Joinder of any additional parties | 7/11/2025 | 10/09/2025 |
| Defendant(s) expert witness disclosures | 8/11/2025 | 11/10/2025 |
| Plaintiff(s) rebuttal expert disclosures | 9/09/2025 | 12/08/2025 |
| Completion of all discovery | 10/09/2025 | 1/07/2026 |
| Completion of any ADR proceeding | 11/10/2025 | 2/08/2026 |
| Filing of any dispositive motion(s) and any motion(s) to exclude expert testimony, including request(s) for *Daubert-Rochkind* hearing | 11/10/2025 | 2/08/2026 |
| Pre-trial and settlement conference | 1/12/2026 | 04/13/2026 (9:30 AM) |

| Any additional motions *in limine* | 1/23/2026 (20 days before trial) | 05/26/2026 |
| First day of trial | February 12, 2026 | 06/15/2026 |

05/14/2025 2:23:30 PM

_____
Judge, Circuit Court for Baltimore City, Maryland

Copies to:
All counsel of record (via MDEC)

*Pro se* Parties via first class mail:

  Michael Postal
  1801 16th Street NW, Apt 608
  Washington, DC 20009

  POJO LaPlata, LLC
  4302 Broken Arrow Court, Apt 606
  Clinton, MD 20735

  Swain Landing LaPlata JC, LLC
  4302 Broken Arrow Court
  Clinton, MD 20735

  Tenacity Investment, LLC
  7333 New Hampshire Ave., Unit 103
  Takoma Park, MD 20912

Entered: Clerk, Circuit Court for Baltimore City, MD
May 14, 2025