**DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| * * * * * * | * | |
| *Claudia Engelhorn, et al.* | * | Adv. Proc. No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| v. | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

**************************************************************************

**ORDER ON MOTION FOR ABSTENTION AND REMAND**

UPON CONSIDERATION of the Motion for Abstention and Remand, and any response thereto, it is hereby

ORDERED, that the Motion be and hereby is GRANTED; and it is

FURTHER ORDERED, that this matter be and hereby is remanded to the Circuit Court for Baltimore City.

**End of Order**

cc:

All counsel of record