Entered: August 5th, 2025
Signed: August 4th, 2025
**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division**

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of |
| | * | Columbia |
| **Debtor** | * | |
| *   *   *   *   *   * | * | |
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of |
| **Plaintiffs** | * | Maryland |
| | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, |
| *Erik D. Bolog, et al.* | * | Maryland |
| | * | |
| | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER EXTENDING TIME FOR DEBTOR AND BOLOG PARTIES TO RESPOND
TO PLAINTIFFS' MOTION FOR REMAND AND ABSTENTION**

THIS MATTER came before the Court upon the stipulation ("Stipulation") by and between Claudia Engelhorn ("Ms. Engelhorn"), individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, ("Whitewater Trust") and White Pearl, LLC ("White Pearl") and, collectively, "Plaintiffs"), Defendants and Counter-Plaintiffs Erik D. Bolog ("Mr. Bolog"), Erik D. Bolog as Trustee of the JAREB Irrevocable Trust, dated October

1

11, 2021 ("Mr. Bolog as Trustee"), Science Park Associates, LLC ("Science Park"), and Darnestown Road, Inc. ("Darnestown Road," and collectively with Mr. Bolog, Mr. Bolog as Trustee, and Science Park, the "Bolog Parties"), and above-captioned debtor Swain Landing LaPlata JC, LLC (the "Debtor" and, together with the Plaintiffs, and Bolog Parties, the "Parties"). The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED

1. The Debtor and Bolog Parties are granted until August 7, 2025 to file a response to the *Motion for Remand and Abstention to the State Court* [Adv. Pro. Dkt. No. 43].

2. Nothing contained herein prohibits the Parties from requesting or agreeing to additional extensions of time.

**END OF ORDER**

2

/s/ *Maurice B. VerStandig* (with consent)
Maurice Belmont VerStandig
**THE VERSTANDIG LAW FIRM, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
301-444-4600
mac@mbvesq.com

*Attorney for Debtor*

/s/ *Matthew M. Karlan* (with consent)
Douglas F. Gansler
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
202-862-2300
douglas.gansler@cwt.com

-and-

Matthew M. Karlan
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
212-504-6000
Matthew.Karlan@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

/s/ *Sam J. Alberts*
Sam J. Alberts
**DENTONS US LLP**
1900 K St. NW
Washington, DC 20006
202-496-7500
sam.alberts@dentons.com

-and-

Wes P. Henderson
Patrick D. Gardiner
**HENDERSON LAW, LLC**
2127 Espey Court, Suite 204
Crofton, Maryland 21114
410-721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

*Attorneys for the Plaintiffs*

**Counsel of Record Served via ECF/CM:**
Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick@hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114

Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Patricia L. Lincoln (p.lincoln@ellis-law.com)
**Ellis Law Group, P.L.**
4755 Technology Way
Suite 205
Boca Raton, FL 33431

*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*


John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*


Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854

*Counsel for Defendant Swain Landing LaPlata JC, LLC*


Douglas F. Gansler
**CADWALADER, WICKERSHAM & TAFT LLP**
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
202-862-2300
douglas.gansler@cwt.com

-and-

Matthew M. Karlan
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
212-504-6000
Matthew.Karlan@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*