**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al.*<br><br>Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**DECLARATION OF DOUGLAS F. GANSLER IN SUPPORT OF THE BOLOG PARTIES' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND (ECF NO. 43)**

I, Douglas F. Gansler, state and declare as follows:

I am a Partner at Cadwalader Wickersham & Taft LLP, Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC (the "Bolog Parties"), in the above-captioned Action, and am admitted to practice law in the State of Maryland. I am fully familiar with the facts and procedural history concerning the above-captioned proceeding. I respectfully submit this declaration (the "Declaration") in support of the Bolog Parties' Memorandum of Law in Opposition to Plaintiffs' Motion for Abstention and Remand.

    1.    Attached as **Exhibit A** is a true and correct copy of an email sent by Claudia Engelhorn to Erik Bolog on July 6, 2022, with redactions in accordance with Rule 9037 of the

1

Federal Rules of Bankuptcy Procedure and Rule 5.2 of the Federal Rules of Civil Procedure.

2. Attached as **Exhibit B** is a true and correct copy of the Notice of Gift, Intent to Make a Gift to Erik D. Bolog, signed by Claudia A. Engelhorn on October 11, 2021, and notarized on October 11, 2021.

3. Attached as **Exhibit C** is a true and correct copy of excerpts of the transcript of the deposition of Sarah K. Mayo, notary public.

4. Attached as **Exhibit D** is a true and correct copy of excerpts of the rough transcript of the deposition of Jennifer M. Shaw.[1]

5. Attached as **Exhibit E** is a true and correct copy of the Business Insider article entitled *A pharma heir gave her former lawyer $10 million. Now her lawyers say she was 'tricked.'*

6. I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on August 7, 2025.

By: *(signature)*

Douglas Gansler (Bar Number: 21010)
CADWALADER, WICKERSHAM & TAFT LLP
1919 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Tel.: (202) 862-2300
douglas.gansler@cwt.com

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

---

[1] The Bolog Parties submit excerpts of the rough transcript of the deposition of Jennifer M. Shaw at this time because the final copy of the transcript has not yet been made available by the court reporter and transcription service.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2025, a copy of the foregoing was served on counsel of record electronically via CM/ECF, and remaining parties by first class mail.

**Counsel of Record Served via CM/ECF:**
Sam J. Alberts (sam.alberts@dentons.com)
**Dentons US LLP**
1900 K St NW
Washington, DC 20006

Wes P. Henderson (wph@hendersonlawllc.com)
Patrick Gardiner (patrick.hendersonlawllc.com)
**Henderson Law, LLC**
2127 Espey Court
Suite 204
Crofton, MD 21114
*Counsel for Plaintiffs Claudia Engelhorn; Claudia Engelhorn, Trustee; and White Pearl, LLC*

John J. Connolly (jconnolly@zuckerman.com)
William J. Murphy (wmurphy@zuckerman.com)
**Zuckerman Spaeder LLP**
100 East Pratt Street
Suite 2440
Baltimore, MD 21202
*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice Belmont VerStandig (mac@mbvesq.com)
**The VerStandig Law Firm, LLC**
9812 Falls Road #114-160
Potomac, MD 20854
*Counsel for Defendant Swain Landing LaPlata JC, LLC*

**Parties Served Via First Class Mail:**
**Tenacity Investments, LLC**
S/O: Mike Postal
7333 New Hampshire Avenue
Takoma Park, MD 20912

**Michael Postal**
4302 Broken Arrow Court
Apt. 606
Clinton, MD 20735

**POJO LaPlata LLC**
S/O: Anjon Jones
4302 Broken Arrow Court
Clinton, MD 20735

Respectfully,

*/s/ Douglas Gansler*

Douglas F. Gansler (Bar Number: 21010)
Cadwalader, Wickersham & Taft LLP
1919 Pennsylvania Ave N.W.
Washington D.C. 20006
Douglas.Gansler@cwt.com
Telephone: (202) 862-2300

*Counsel for Defendants Erik D. Bolog, Individually and as Trustee of the JAREB Irrevocable Trust Agreement dated October 11, 2021; Darnestown Road, Inc.; and Science Park Associates, LLC*

3