## **EXHIBIT E**

# A pharma heir gave her former lawyer $10 million. Now her lawyers say she was 'tricked.'

**Business Insider**

19 May 2025 4:28 PM

Copyright 2025 Insider Inc. All Rights Reserved

**BUSINESS INSIDER**

**Author:** jnewsham@insider.com (Jack Newsham)
**Print Edition:** Business Insider
**Length:** 1087 words
**Highlight:** The heiress, Claudia Engelhorn, has said that the gift was "alcohol induced." She's now suing Erik Bolog and his former firm.

## Body

- Lawyer Erik Bolog is a beneficiary of a $10 million "gift" from Claudia Engelhorn, a pharma heir.
- Engelhorn has said the gift was "alcohol induced," while Bolog says it was legitimate.
- Engelhorn is suing Bolog and his ex-firm. The firm says it's caught in the middle.

Claudia Engelhorn, a daughter of a German pharmaceutical tycoon, claims she was duped into handing over $10 million to her former attorney Erik Bolog - and alleges that his former law firm looked the other way while he pocketed the cash.

The heir has been litigating for months against Bolog and the law firm, Whiteford, Taylor & Preston. The dispute is over the "gift" Bolog says she gave him as thanks for helping her win a $130 million case in Monégasque and Swiss courts during the pandemic.

Bolog's defense hinges on a three-page document signed by Engelhorn that says she insisted on making the gift and did so without consulting anyone. "You advised (begged) me to hire independent counsel," the document, which was included in court filings, says. "As you have learned over the past several years, I am not easily discouraged and once I have decided to do something, I do it."

Bolog said in court filings that the gift was legitimate and Engelhorn turned on him after he scolded her for what he said was "a racially hateful statement" that she made at a restaurant. He said she told a Black family "that it was nice that they were allowed to eat in restaurants."

One of Engelhorn's lawyers, Tony Williams, says the heir was "tricked" into signing the gift paperwork when Bolog gave it to her one morning while she was vacationing on Cape Cod in Massachusetts. He called the claim about her remark to a Black family "absolutely false."

In an email to Bolog that was included in court records, Engelhorn wrote: "You took an alcohol induced statement for your benefit." Bolog has claimed in court documents that her story shifted.

Williams also said in a meeting that Engelhorn was on the autism spectrum. "She's not a sophisticated investor," Williams told Business Insider. "She's a woman who has spent her life raising a family, and he should've known that. We did say, with her permission, that she's on the spectrum, and we know that she is, and he knew that."

"The whole thing's meshugganah," said Doug Gansler, one of Bolog's lawyers, using a Yiddish word for craziness. "She's a sophisticated businesswoman. She's not someone who doesn't know what she's doing or understand the value of money."

Engelhorn couldn't be reached for comment. Bolog didn't respond to a request for comment.

The existence of the case, which was filed in Baltimore in September, hasn't previously been reported.

Engelhorn's father, Curt Engelhorn, led a German pharmaceutical company that was sold to the healthcare giant Roche in 1997 for a reported $11 billion. Bolog says she's the "life trustee" of an entity called the Mannheim Trust that has paid her $1 million a year and lent her another $30 million.

Williams, meanwhile, said Bolog vastly overstated Engelhorn's fortune. He said the Mannheim Trust, which Bolog said held $500 million to benefit Engelhorn and others, had been divided among three of her children. Only the money from the Swiss case remains for Engelhorn, Williams said, and it's now "substantially less" than $130 million.

Bolog's former law firm, Whiteford, said it had nothing to do with his dealings. The firm said in a court filing it fired Bolog in May 2023 over issues including how he accounted for expenses. (Gansler denied wrongdoing by his client.)

In her lawsuit, Engelhorn said Whiteford bore some responsibility for Bolog's actions. She said billing records showed that other people at the firm were aware of and contributed to the deception.

The firm said in court filings that the other Whiteford lawyers who appeared to have helped draft the gift paperwork were under the impression that Engelhorn wanted to give a much smaller gift to a member of her staff. They say Bolog edited the documents to reroute the money to himself and his family, something Whiteford said it didn't learn about for two years.

The firm didn't respond to a request for comment.

Gansler is a former Maryland attorney general who's now at the white-shoe firm Cadwalader. Another lawyer for Engelhorn, Wes Henderson, is described on his website as "one of the most experienced and knowledgeable car accident attorneys in Crofton," a sleepy Maryland community of about 30,000 people. He also handles legal malpractice cases, the website says. He declined to comment.

Bolog has had various business interests over the years. His main pursuits have been contingency-fee injury lawsuits and a real estate firm called Tenacity that financed tenant acquisitions of their apartment buildings. In 2005, he was listed in Securities and Exchange Commission records as part of a bank's ownership group.

Gansler said Bolog recently moved to California to do plaintiff-side litigation there.

Bolog has had a colorful legal career. In the late 1990s, he helped a Maryland politician get off with a light sentence after she was accused of hiring a contract killer to whack her husband. The trial ended in a hung jury and she later pled no-contest, according to news reports. He was also among a group of lawyers hoping for a payout from a $120 million judgment against Iraq now pending in the US Supreme Court.

He has had gambling debts, though Gansler said he now has none and had no debt at the time he received Engelhorn's gift. In 2019, Harrah's Philadelphia Casino claimed in a lawsuit that Bolog owed $34,000 for a cash advance, and in 2022, a Caesars casino in Indiana sued him for $45,000. Gansler said that the Caesars lawsuit was filed by mistake. The debts in both cases were several years old, and both lawsuits have been resolved.

Engelhorn has had previous legal issues as well.

In 2007, she agreed to let a revivalist preacher named Tommie Zito and his wife live in a $3.2 million six-bedroom Florida mansion for $300 a month. She claimed that he abused her trust and manipulated her into buying the property and letting his family stay there "for a value far below the property's market value." She sued him twice to try to get out of the deal; both times, she lost.

Zito didn't respond to calls and text messages.

Madeleine O'Neill contributed reporting.

Have a tip? Contact this reporter via email at or Signal at 314-971-1627. Use a personal email address and a nonwork device; here's our guide to sharing information securely.

Read the original article on

[Business Insider](#)

## Classification

**Industry:**
Lawyers (93%), Legal Services (90%), Pharmaceuticals & Biotechnology (90%), Major US Law Firms (79%), Restaurants (69%)

**Subject:**
Lawyers (93%), Legal Services (90%), Suits & Claims (90%), Family (86%), Law & Legal System (79%), Major US Law Firms (79%), Litigation (78%), Wealthy People (78%), Autism (50%)

**Load Date:** 19 May 2025 4:28 PM



About    Privacy Policy    Processing Notice

Terms & Conditions    Cookies    Sign out



Copyright © 2025 LexisNexis®