## **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>Swain Landing LaPlata JC, LLC<br><br>Debtor. | Case No. 25-184-ELG<br>(United States Bankruptcy Court<br>for the District of Columbia) |
| Claudia Engelhorn, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>Erik D. Bolog, *et al.*<br><br>Defendants. | Case No. 1:25-ap-00159<br>(United States Bankruptcy Court for<br>the District of Maryland) |

**[PROPOSED] ORDER GRANTING BOLOG PARTIES' MOTION TO SEAL (A) BOLOG PARTIES' OPPOSITION TO PLAINTIFFS' MOTION FOR ABSTENTION AND REMAND AND (B) EXHIBIT D OF GANSLER DECLARATION**

Upon consideration of the *Bolog Parties' Motion to Seal (A) Bolog Parties' Opposition to Plaintiffs' Motion for Abstention and Remand and (B) Exhibit D of Gansler Declaration*:

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the Clerk's Office shall restrict public access to the Opposition and Shaw Deposition Excerpts; and it is further

**ORDERED** that the Bolog Parties shall file a redacted version of the Opposition within one (1) business day of entry of this Order.

The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

-3-

Dated: _____ , 2025

_____