UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| *In re:* | * | Case No. 25-184-ELG |
| *Swain Landing LaPlata JC, LLC* | * | U.S. Bankruptcy Court for the District of Columbia |
| **Debtor** | * | |
| *   *   *   *   *   * | * | |
| *Claudia Engelhorn, et al.* | * | Case No.: 25-00159 |
| | * | U.S. Bankruptcy Court for the District of Maryland |
| **Plaintiffs** | * | |
| *v.* | * | Case No.: C-24-CV-002631 |
| | * | Circuit Court for Baltimore City, Maryland |
| *Erik D. Bolog, et al.* | * | |
| **Defendants** | * | |

**************************************************************************

**NOTICE OF VOLUNTARY DISMISSAL AS TO
<u>DEFENDANT/DEBTOR SWAIN LANDING LAPLATA JC, LLC ONLY</u>**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Claudia Engelhorn, individually and as Trustee of the Whitewater Revocable Trust dated September 30, 2021, as amended, and White Pearl, LLC, hereby voluntarily dismiss Defendant/Debtor Swain Landing LaPlata JC, LLC only, without prejudice, from the above-referenced adversary proceeding. The Defendant/Debtor, Swain Landing LaPlata JC, LLC, has not filed an answer or motion for summary judgment.

Respectfully submitted:

/s/     PDG
Wes P. Henderson, Esq. (Fed. Bar #15926)
Patrick D. Gardiner, Esq. (Fed. Bar #19729)
HENDERSON LAW, LLC
2127 Espey Court, Suite 204
Crofton, Maryland 21114
T: (410) 721-1979
F: (410) 721-2258
wph@hendersonlawllc.com
patrick@hendersonlawllc.com


/s/     SJA
Sam J. Alberts (Fed Bar # 22745)
DENTONS US LLP
1900 K Street, NW
Washington, DC 20006
Tel. (202) 408-7004
Email: sam.alberts@dentons.com

*Attorneys for Plaintiffs and Counter-Defendants*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August, 2025, a copy of the foregoing was sent via CM-ECF on the following:

William J. Murphy, Esq.
John J. Connolly, Esq.
Kirk E. MacKinnon Morrow
Zuckerman Spaeder, LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202

*Counsel for Defendant Whiteford, Taylor & Preston, LLP*

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854

*Counsel for Swain Landing LaPlata JC, LLC, Debtor-in-Possession*

Douglas F. Gansler, Esq.
Matthew Karlan, Esq.
Zack Schrieber, Esq.
Cadwalader, Wickersham & Taft, LLP
1919 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendants Erik D. Bolog, Individually, and as Trustee of The JAREB Irrevocable Trust Agreement dated October 11, 2021, Science Park Associates, LLC, and Darnestown Road, Inc*

AND via first-class mail, postage prepaid on the following:

Michael Postal
1801 16th Street N.W., Apt 608
Washington, DC 20009

*Defendant pro se*

3

POJO LaPlata, LLC
4302 Broken Arrow Court, Apt 606
Clinton, MD 20735

*Defendant pro se*

Tenacity Investment, LLC
7333 New Hampshire Ave., Unit 103,
Takoma Park, MD 20912

*Defendant pro se*

                                                /s/ PDG
                                  Patrick D. Gardiner, Esq. (Fed. Bar #19729)